**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-1195

BENEDICT EMESOWUM,

Plaintiff - Appellant,

v.

ASHLEY BUXTON, Police Officer; M. KANG, Police Officer; N. MINDELL, Police Officer; S. BUTZER, Police Officer; H. BUCHOFER, Police Officer; ARLINGTON COUNTY,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria.  Rossie David Alston, Jr., District Judge.  (1:20-cv-00113-RDA-TCB)

Submitted:  July 21, 2022                                    Decided:  July 25, 2022

Before MOTZ, HARRIS, and RUSHING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Benedict Emesowum, Appellant Pro Se.  Ryan Carson Samuel, COUNTY ATTORNEY'S OFFICE, Arlington, Virginia, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Benedict Emesowum appeals the district court's order granting Defendants' Fed. R. Civ. P. 37(b) motion to dismiss Emesowum's civil rights complaint for failing to comply with the court's discovery orders. After reviewing the record, we conclude that the district court did not abuse its discretion in dismissing Emesowum's action. *See Attkisson v. Holder*, 925 F.3d 606, 620 (4th Cir. 2019) (stating standard of review). Accordingly, we affirm the district court's order. *See Emesowum v. Buxton*, No. 1:20-cv-00113-RDA-TCB (E.D. Va. Sept. 30, 2021). We deny Defendants' motion to dismiss the appeal and Emesowum's motion to compel the district court to issue an order on his motion to extend time to appeal. *See* Fed. R. Civ. P. 58(a), (c)(2)(B). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*